IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHANNON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO; MODESTO POLICE DEPARTMENT; GENE BALENTINE, in his official and individual capacities; OFFICER fnu WEBBER, in his individual and official capacities; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | 1:12-cv-1692 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 10, 2012, AND TAKING MATTER UNDER SUBMISSION |

　　In this civil rights action for damages, Defendants City of Modesto, et al. ("Defendants") have moved pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the complaint of plaintiff James Shannon ("Plaintiff").  The matter was scheduled for oral argument on December 10, 2012.  The Court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 10, 2012, is VACATED, and no party shall appear at that time.  As of December 10, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　December 4, 2012　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE