IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHANNON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER PHILWEBBER, in his individual and in hisofficial capacity as POLICE OFFICER FOR THE CITY OF MODESTO; and DOES 1-10, inclusive, in their individual and official capacities,<br><br>　　　　Defendants. | 1:12-cv-1692 AWI DLB<br><br>ORDER VACATING HEARING DATE OF APRIL 22, 2013, AND TAKING MATTER UNDER SUBMISSION |

　　In this action for damages, defendant Officer Phil Webber ("Defendant") has moved to dismiss the First Amended Complaint (the "Motion") of plaintiff James Shannon ("Plaintiff"). The matter was scheduled for oral argument to be held April 22, 2013. The Court has reviewed Defendant's Motion, the Plaintiff's opposition, Defendant's reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 22, 2013, is VACATED, and no party shall appear at that time. As of April 22, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　April 18, 2013　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE