# UNITED STATES DISTRICT COURT

| | |
|---|---|
| JAMES SHANNON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01692-AWI-SAB<br><br>**ORDER ON STIPULATION TO CONTINUE ALL HEARINGS** |

Pursuant to the stipulation of the parties, the request to continue all hearings related to this matter is granted.

Accordingly, it is HEREBY ORDERED that:

1. The scheduling conference set for August 27, 2013, at 2:00 p.m. before the Honorable Stanley A. Boone is CONTINUED to **November 5, 2013, at 3:00 p.m. in Courtroom 9**; and

2. The parties shall file a joint scheduling report one week prior to the hearing.

IT IS SO ORDERED.

Dated: __August 20, 2013__          _____
                                     UNITED STATES MAGISTRATE JUDGE

1