UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SHANNON, an individual,** | **CASE NO. 1:12-CV-1692 AWI SAB** |
| **Plaintiff** | **ORDER OF DISMISSAL** |
| v. | |
| **OFFICER PHIL WEBBER, individually and in his capacity as a police officer for the CITY OF MODESTO; and DOES 1-10, inclusive; individually and in their capacities as OFFICERS for the CITY OF MODESTO,,** | |
| **Defendants** | |

Pursuant to the joint stipulation for dismissal with prejudice filed August 28, 2013 (Doc. 33) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees, and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 28, 2013                                  _____
                                                                           SENIOR DISTRICT JUDGE